

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00266-CV

| | |
|---|---|
| IN RE DAVID MARK LOYD, Relator | § Original Proceeding |
| | § 481st District Court of Denton County, Texas |
| | § Trial Court No. 21-6418-393 |
| | § June 28, 2024 |
| | § Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted in part. Accordingly, we conditionally grant the writ of mandamus in part and sever out the two child-support findings and related provisions from the contempt order. We leave the remainder of the contempt order and its related confinement orders intact.

It is further ordered that Relator David Mark Loyd must pay all of the costs of this proceeding.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr